No. 37. ROIG *v.* ANNEXI.—Motion that appeal be dismissed because not taken in accordance with section 296 of the Code of Civil Procedure, and of noncompliance with section 299, taken in connection with sections 302, 233 and 99 of the same Code. Decided April 20, 1905. Motion granted and appeal dismissed. *Mr. Díaz Navarro,* for petitioner; *Mr. Pérez Almiroty,* for adverse party.

No. 48. SEIN *v.* VÁZQUEZ ET AL.—Appeal from the District Court of Arecibo. Motion to dismiss the appeal on the ground that no transcript of the record had been filed. Decided April 25, 1905. The motion was allowed and the appeal dismissed. *Mr. Torres Monge,* for petitioner.

No. 3. BORRÁS ET AL. *v.* THE DISTRICT COURT.—Application for a writ of *certiorari.* Decided, May 4, 1905. Withdrawn on motion of the petitioner, *Mr. José Guzmán Benítez,* for petitioner.

No. 51. GORBEA *v.* PÉREZ.—Appeal from the District Court of San Juan. Motion to direct the district court to transmit certain plans introduced therein as evidence at the trial of this cause. Decided June 21, 1905. The motion was allowed. *Mr. Cuevillas,* for petitioner; *Mr. Texidor,* for opponent.

No. 80. MORAZZANI *v.* DOMÍNGUEZ.—Appeal from the District Court of Guayama. Decided October 2, 1905. Withdrawn on motion of the appellant. *Messrs. Acuña and Méndez,* for appellant.